IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFERY RASHAD MIDDLETON,

      Plaintiff,

v.                                     CASE NO. 4:08cv452-RH/WCS

SCOTT G. MAY, et al.,

      Defendants.

_____/

## ORDER DENYING PRELIMINARY INJUNCTION

This case is before the court on the magistrate judge's report and recommendation (document 27). No objections have been filed. Upon consideration,

      IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for a preliminary injunction (document 22) is DENIED. The case is remanded to the magistrate judge for further proceedings.

      SO ORDERED on April 20, 2009.

                                               s/Robert L. Hinkle
                                               Chief United States District Judge