# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JEFFERY RASHAD MIDDLETON,

    Plaintiff,

v.                              CASE NO. 4:08cv452-RH/WCS

SCOTT G. MAY et al.,

    Defendants.

_____/

## ORDER DISMISSING CLAIMS AGAINST THE DEFENDANTS BOCKELMAN AND MILLENDER

This case is before the court on the magistrate judge's second report and recommendation (document 79) and the objections (document 86). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The defendant Lance Bockelman's motion to dismiss (document 52), as adopted by defendant Robert R. Millender (*see* document 63), is GRANTED. The claims against these defendants are dismissed for failure to exhaust administrative remedies. I do *not* direct the entry of judgment under Federal Rule of Civil

Procedure 54(b). The case is remanded to the magistrate judge for further proceedings.

  SO ORDERED on September 23, 2009.

              s/Robert L. Hinkle
              United States District Judge