# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JEFFERY RASHAD MIDDLETON,

    Plaintiff,

v.                                               CASE NO. 4:08cv452-RH/WCS

SCOTT G. MAY et al.,

    Defendants.

_____/

## **ORDER GRANTING SUMMARY JUDGMENT FOR THE DEFENDANTS**

    This case is before the court on the magistrate judge's report and recommendation (document 107) and the objections (document 108). I have reviewed *de novo* the issues raised by the objections.

    The report and recommendation is correct and will be adopted as the court's opinion. It should be noted, too, that this ruling is fully consistent with the more recent decision in *Wilkins v. Gaddy*, No. 08-10914, 2010 WL 596513 (U.S. Feb. 22, 2010).

    For these reasons,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The defendants' motion for summary judgment (document 85) is GRANTED. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

SO ORDERED on March 2, 2010.

s/Robert L. Hinkle
United States District Judge
